09-3294-bk
In re: Michaelesco

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1.  WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER").  A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22ⁿᵈ day of  September, two thousand ten.

PRESENT:
> ROGER J. MINER,
> ROBERT D. SACK,
> PETER W. HALL,
> > *Circuit Judges*.

_____

Daniel Michaelesco, Ortansa Michaelesco,

> *Appellants*,

> v.                                                                             09-3294-bk

Molly T. Whiton,

> *Appellee*.

_____

FOR APPELLANTS:        Daniel and Ortansa Michaelesco, *pro se*, Fairfield, CT.

FOR APPELLEE:        Molly T. Whiton, Hartford, CT.

Appeal from a judgment of the United States District Court for the District of Connecticut

(Haight, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED**.

Appellants Daniel and Ortansa Michaelesco, *pro se*, appeal the district court's judgment dismissing, *sua sponte*, their appeal from an order of the bankruptcy court for failure to comply with Fed. R. Bankr. P. 8006 and 8009. Although the Michaelescos do not assert that they satisfied the procedural requirements of those rules, they contend on appeal that their non-compliance did not warrant dismissal in light of their excusable neglect. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review for abuse of discretion a district court's determination that a party failed to establish excusable neglect. *See In re Lynch*, 430 F.3d 600, 603 (2d Cir. 2005) (per curiam). Our review of the record indicates that the district court afforded the Michaelescos more than six months to comply with Rules 8006 and 8009 before *sua sponte* ordering them to show cause why their appeal should not be dismissed; that before dismissing their appeal, the district court granted the Michaelescos' request for an extension to file the necessary documents, which they nonetheless failed to do; and that the Michaelescos never presented any explanation for their inability to comply with these rules. Based on these considerations, we cannot say that the district court abused its discretion by dismissing their appeal. We have considered all of the Michaelescos' arguments and find them to be without merit; accordingly, there is no basis upon which to vacate the district court's judgment.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2